WILLIAM H. WEIBELER *vs.* JAMES SULLIVAN.

December 5, 1885.

*Clarke* v. *Ganz,* 21 Minn. 387, followed.

Appeal by plaintiff from an order of the district court for Scott county, *Macdonald,* J., presiding, denying his motion for an injunction to restrain the defendant, as county treasurer, from collecting certain personal taxes.

The complaint and accompanying affidavits, upon which the motion was made, set out the following facts, viz.: That plaintiff is a resident and tax-payer of the borough of Belle Plaine, in Scott county, and doing business therein; that the borough council and assessor have illegally assessed and levied certain taxes to the amount of $112.48, upon the personal property of the plaintiff, (the proceedings being set out in detail;) that the total tax levied on his personal property (including said $112.48) is $191; that defendant, who is the treasurer of Scott county, threatens to distrain, take and sell property of the plaintiff sufficient to satisfy such tax, and, if he be not re-trained from so collecting such tax, the same will be collected and distributed to the different purposes (state, county, school, borough, etc.,) for which the levy was made, and thereby involve the plaintiff in a multiplicity of suits, in order to protect his rights and prevent his paying an unjust proportion of the taxes levied, thereby leaving him without an adequate remedy at law.

*R. A. Irwin,* for appellant.

*Jas. McHale,* for respondent.

*By the Court.* The case presented by the complaint is in no material respect different from that considered in *Clarke* v. *Ganz,* 21 Minn. 387. The decision in that case controls the determination of this.

Order affirmed.